FULL NAME

COMMITTED NAME (if different)

CSATF/Corcoran, P.O.Box 5244
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Corcoran, CA 93212

PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
OCT -2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alfred G. Clarke

PLAINTIFF,

v.

The Sheriff's Department of San Bernardino County, et al

DEFENDANT(S).

CASE NUMBER 5:23-CV-02017-VBF(BFM)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   ON or about              , while on my way

a. Parties to this previous lawsuit:
Plaintiff _____

Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No  The action at law occurred at County jail.

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not  there's no grievance procedure at the County jail where I was incarcerated.

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not  No grievance procedure

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)
who presently resides at CSatF/Corcoran, P.O. Box 5244, Corcoran, CA 93212 ,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
San Bernardino County Jail
(institution/city where violation occurred)

on (date or dates) __2022__ (Claim I), _____ (Claim II), _____ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __sheriff deputy Doe 1__ resides or works at
   (full name of first defendant)
   __sheriff deputy Doe 2__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __defendant doe is a sheriff deputy and derives his power from the state of California, and battered me while on duty__

2. Defendant __sheriff deputy doe 3__ resides or works at
   (full name of first defendant)
   __Plaintiff will provide at later date__
   (full address of first defendant)
   __sheriff deputy__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __defendant doe is a sheriff deputy and derives his power from the state of California, and battered me while on duty__

3. Defendant __defendant doe 4__ resides or works at
   (full name of first defendant)
   __Plaintiff will provide address at later date__
   (full address of first defendant)
   __sheriff deputy__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __defendant doe is a sheriff deputy and derives his power from the state of California, and battered me while on duty__

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Plaintiff's due process rights were violated by defendants wanton and malicious battery upon plaintiff's person causing physical injury as well as mental anguish.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about 2022, plaintiff, while handcuffed and shackled about the feet was slammed to the cement floor, then punched and kicked about the head and body. The beating was prolonged for an extended amount of time while the plaintiff screamed for help which only seemed to encourage the defendants to further beat plaintiff.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

To monetary award in an amount to be determined at trial by evidence.

9/23/23
*(Date)*

Alfred Clarke
*(Signature of Plaintiff)*

I Alfred G. Clarke, declare by penalty of, perjury under the laws of California and the, United states that I am over the age of 18, years. I further declare that I am the plaintiff, in the action at law above, that all events stated, in said action are true and correct to the best, of my knowledge, except to those allegations for, which I have been informed of and made aware, of by witnesses to the events that gave rise to, this civil rights lawsuit. I declare that the fore, going is true and correct to the best of my ability, and knowledge.

Executed on this day of 9-23-2023 at CSatF state prison at Corcoran, CA 93212

Date: 9-23-2023

Alfred G. Clarke
Alfred G. Clarke



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**
SPRING STREET COURTHOUSE
312 NORTH SPRING STREET, ROOM 255
LOS ANGELES, CALIFORNIA 90012



CLERK, U.S. DISTRICT COURT
OCT 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012345636 C058

UNITED STATES COURTHOUSE
350 W. 1st ST.
LOS ANGELES, CA 90012



ZIP 90012
02 4W
0000373699
US POSTAGE