1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ALFRED G. CLARKE, | No. 5:23-cv-02017-VBF-BFM |
| Plaintiff, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| THE SHERIFF'S DEPARTMENT OF SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    The First Amended Complaint is **dismissed without prejudice**.

3.    Defendant Herrera's Motion to dismiss (ECF 18) is **denied** as moot.

4.    Judgment shall be entered dismissing this action without prejudice.

1       5.     The Court Clerk shall serve this Order and the Judgment on all

2 counsel or parties of record.

3

4 DATED:    May 16, 2025                    /s/ Valerie Baker Fairbank

5

6                                          HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28