JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALFRED G. CLARKE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SHERIFF'S DEPARTMENT OF SAN BERNARDINO COUNTY, et al.,<br><br>    Defendants. | No. 5:23-cv-02017-VBF-BFM<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 16, 2025                      /s/ Valerie Baker Fairbank

                                                          _____

                                                          The Hon. Valerie Baker Fairbank
                                                          Senior United States District Judge